UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Dacis Dominque Everette**　　　　　　　　　　　　　　　**Docket No. 5:10-CR-227-1H**

### Petition for Action on Supervised Release

COMES NOW Linwood E. King, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Dacis Dominque Everette, who, upon an earlier plea of guilty to Felon in Possession of a Firearm, was sentenced by the Honorable Malcolm J. Howard, Senior U.S. District Judge, on January 12, 2011, to the custody of the Bureau of Prisons for a term of 120 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Dacis Dominque Everette was released from custody on August 16, 2019, at which time the term of supervised release commenced.

On September 3, 2019, the court was notified of the defendant testing positive for the use of marijuana and cocaine. Everette was continued under supervision with no modification.

On October 16, 2019, the court was notified of the defendant testing positive for the use of marijuana. Everette was continued under supervision with no modification.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On November 4, 2019, Everette submitted a urine specimen which returned positive for the use of cocaine and marijuana. The defendant is currently participating in our district's Surprise Urinalysis Program, and he has completed his substance abuse assessment through First Step Services, Raleigh, North Carolina. This officer has encouraged the defendant to participate in available treatment options to gain abstinence skills for combatting his continued illegal drug abuse. To address this recent non-compliant behavior, and to motivate Everette's consideration of better life decisions, we are recommending that the defendant be confined for a period of 3 days in custody.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall be confined in the custody of the Bureau of Prisons for a period of (3) days, as arranged by the probation office and shall abide by all rules and regulations of the designated facility.

Except as herein modified, the judgment shall remain in full force and effect.

Dacis Dominque Everette
Docket No. 5:10-CR-227-1H
Petition For Action
Page 2

Reviewed and approved,

/s/Michael C. Brittain
Michael C. Brittain
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/Linwood E. King
Linwood E. King
U.S. Probation Officer
310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: 919-861-8682
Executed On: November 21, 2019

ORDER OF THE COURT

Considered and ordered this 26th day of November, 2019, and ordered filed and made a part of the records in the above case.

Malcolm J. Howard
Senior U.S. District Judge